UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                        )
                                        )
FRIEDRICH LU                            )
            Plaintiffs,                  )
                                        )
v.                                      )        Civil Action No. 1:15-cv-10920 -LTS
                                        )
                                        )
MARTIN WALSH, ET AL                     )
            Defendants.                  )
_____)

ORDER ON MOTIONS TO DISMISS
August 26, 2015


On July 21, 2015, the Court Ordered Plaintiff to file proof of service on the defendants within twenty-one days or face dismissal of this action. To date, Plaintiff has failed to file any proof of service as to any defendant, accordingly, this action is DISMISSED.  In addition, a number of defendants have filed motions to dismiss. The time for filing oppositions to those motions has elapsed with Plaintiff failing either to file an opposition to any motion or a request for additional time to file an opposition. Accordingly, the Motions to Dismiss are ALLOWED AS UNOPPOSED.  The Clerk shall enter a Judgment of dismissal and close this case.


                              SO ORDERED.


                              _/s/ Leo T. Sorokin_____
                              Leo T. Sorokin
                              United States District Judge