UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| FRIEDRICH LU<br>Plaintiffs<br><br>V.<br><br>MARTIN J. WALSH<br>Defendants | ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.<br>1:15-cv-10920 LTS |

JUDGMENT AND CLOSING ORDER
August 26, 2015

SOROKIN, J.

In accordance with the [24] Order on Motions to Dismiss entered dismissing this action, the Court hereby enters a separate and final judgment in favor of defendants Martin J. Walsh, et al and against plaintiff Friedrich Lu.

IT IS ORDERED AND ADJUDGED:

/s/ Leo T. Sorokin
UNITED STATES DISTRICT JUDGE